UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tanya Mandery,

Plaintiff,

vs.

Allina Health Systems d/b/a United Hospital, Allied Interstate, Inc., First Contact, Inc., a Minnesota Corporation, and "Angie," individually,

Defendants.

Court File No.: CV 00-208 PAM/SRN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

**STIPULATION**

IT IS HEREBY stipulated and agreed, that all claims which have been brought or could have been brought in this action by Plaintiff against Defendant Allina Health Systems d/b/a United Hospital ("Allina") are hereby dismissed with prejudice under and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Plaintiff and Allina shall each bear their respective costs and attorneys' fees.

Dated: 1/25/01

Thomas J. Lyons, Jr. (249646)
1560 Beam Avenue
Suite A
Maplewood, MN 55109-1171
(651) 770-9707

Attorney for Plaintiff Tanya Mandery

FILED JAN 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

DN: 107488

Dated: 1/17/01

HALLELAND LEWIS NILAN SIPKINS
& JOHNSON, P.A.

By: ______________________
Tracey L. Galinson (#248435)
220 South Sixth Street, Suite 600
Minneapolis, Minnesota 55402
(612) 338-1838

Attorneys for Defendant Allina Health Systems

Dated: 1-22-2001

MEAGHER & GEER, P.L.L.P.

By: ______________________
Barton C. Gernander (26779X)
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-0661

Attorneys for Defendants Allied Interstate, Inc. and First Contact, Inc.

ORDER

Based upon the above Stipulation, the Court hereby orders that all claims which have been brought or could have been brought by Plaintiff against Allina in the above-captioned matter are hereby dismissed with prejudice. Plaintiff and Allina shall each bear their respective costs and attorneys' fees.

IT IS SO ORDERED.

1/26/01

By the Court:

Paul A. Magnuson
United States District Court Judge