**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Tanya Mandery,

Plaintiff,

Civil 00-2081PAM/SRN

v.

**ORDER OF DISMISSAL**

Allina Health System et al.

Defendants.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March 26, 2001

**PAUL A. MAGNUSON, CHIEF JUDGE**
**United States District Court**

MAR 26 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK