**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Tanya Mandery,

Plaintiff,

v.

Allina Health System,
d/b/a United Hospital,
Allied Interstate, Inc,
First Contact, Inc.,
and "Angie," individually,

Defendants.

Court File No. 00-2081(PAM/SRN)

**STIPULATION AND ORDER OF DISMISSAL OF WITH PREJUDICE**

---

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all claims asserted or that could have been asserted in the Complaint, but without further cost to any of the parties hereto.

It is further stipulated and agreed that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 1/12/01

Thomas J. Lyons, Jr., #[illegible]
CONSUMER JUSTICE CENTER, P.A.
1560 Beam Avenue, Suite A
Maplewood, MN 55109
Telephone: (651) 770-9707
**Attorney for Plaintiff**

FILED APR 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 24 2001
DEPUTY CLERK

Dated: 4-16-01

James F. Roegge (#92678)
Barton C. Gernander (#26779X)
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-0661

**Attorneys for Defendants**

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation of Dismissal with Prejudice entered into by the parties, and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED: That the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: April 20, 2001

Judge of United States District Court

873495